UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAZZ JAMEL GILDS | * | CIVIL ACTION |
| VERSUS | * | NO. 21-1737 |
| JEFFERSON PARISH SHERIFF'S DEPARTMENT, ET AL. | * | SECTION "I" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against the Jefferson Parish Sheriff's Department be **DISMISSED WITH PREJUDICE** as legally frivolous under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1);

**IT IS FURTHER ORDERED** that Plaintiff's claims against Officer Duffourc, Officer Bradley Scott, and unidentified Officer #115456 based on alleged failure to investigate or properly document their investigation be **DISMISSED WITH PREJUDICE** as legally frivolous under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1);

**IT IS FURTHER ORDERED** that Plaintiff's Fourth Amendment excessive force claim against Deputy Ligso based on allegedly being fired upon immediately upon exiting his vehicle

proceed as the only remaining claim, but that this be **STAYED** pending resolution of Plaintiff's underlying criminal proceeding.

New Orleans, Louisiana, this 20th day of July, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE